UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL ||| 
|---|---|---|
| CASE TITLE:<br>Cynthia Koepp, John Place, Todd Zwigard, Paddington Zwigard<br>-vs-<br>Susanne Holland | USCA DOCKET NUMBER:<br>13-4097 | COUNSEL'S NAME:<br>Michael G. Bersani |
| | DISTRICT/AGENCY:<br>Northern | COUNSEL'S ADDRESS:<br>17 E. Genesee St., Ste. 401<br>Auburn, NY 13021 |
| | DISTRICT/AGENCY NUMBER: | DATE:<br>November 24, 2014 |

Counsel for
Appellees
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Appellant
and in favor of
Appellees
for insertion in the mandate.

Docketing Fee  _____

Costs of printing appendix (necessary copies _____ )  _____

Costs of printing brief (necessary copies _____ )  687.96

Costs of printing reply brief (necessary copies _____ )  _____

**(VERIFICATION HERE)**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill of costs has been served on all parties via Electronic service by e-mail.

_[signature]_
Signature

Rev. April, 2011



## COUNSEL PRESS

| BILL OF COSTS |

**CLIENT:** Michaels & Smolak, P.C.
17 East Genesee Street
Suite 401
Auburn, NY 13021

**ATTN:** Michael Bersani, Esq.

**RE:** Koepp v. Holland
**INVOICE:** 9049649
**COURT:** USCOA - 2nd Circuit

| APPELLEE'S BRIEF | COPIES | UNITS | | COST | | TOTAL |
|---|---|---|---|---|---|---|
| Cover(s) - Binding Included | | 1 | @ $ | 120.00 | $ | 120.00 |
| Reproduction | 9 | 68 | @ $ | 0.5392 | $ | 330.00 |
| Electronic File Production and Review | | 1 | @ $ | 55.00 | $ | 55.00 |
| File Upload(s) | | 1 | @ $ | 25.00 | $ | 25.00 |
| Filing of Document(s) | | 1 | @ $ | 70.0000 | $ | 70.00 |
| Federal Express To Client | | | $ | 37.0000 | $ | 37.00 |

| | | | |
|---|---|---|---|
| **SUB-TOTAL:** | | $ | 637.00 |
| **APPLICABLE SALES TAX:** | 8.00% | $ | 50.96 |
| **TOTAL:** | | $ | 687.96 |

www.counselpress.com
Counsel Press LLC • 460 West 34th Street • 4th Floor • New York, NY 10001
(212) 685-9800 • (800) 4-APPEAL • (212) 447-1621 (facsimile)
Boston, MA • Buffalo, NY • Chicago, IL • Iselin, NJ • Los Angeles, CA • New York, NY • Philadelphia, PA • Richmond, VA • Rochester, NY • Syracuse, NY • Walton, NY • Washington, DC